IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No.  05-cr-00209-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL RAMIREZ,

    Defendant.

## ORDER FOR RELEASE OF PRESENTENCE REPORT TO COUNSEL

Defendant's Motion to Release Presentence Report to Defense Counsel (Dkt. # 12) is GRANTED.  The Court hereby ORDERS that United States Probation Officer Jennifer Nuanes shall release a copy of Defendant Miguel Ramirez's presentence report from the District of Nevada to Mr. Ramirez's defense counsel, Susan L. Fisch, for purposes of representation.

    DATED:  September 28, 2006

                                                     BY THE COURT:

                                                     *s/ Phillip S. Figa*

                                                     _____
                                                     Phillip S. Figa
                                                     United States District Judge