IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No.  05-cr-00209-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL RAMIREZ,

    Defendant.

---

**ORDER SETTING SUPERVISED RELEASE HEARING**

---

IT IS ORDERED that a hearing is set for **Tuesday, November 7, 2006 at 8:30 a.m.** in Courtroom A602 of the U.S. District Courthouse, 901 19th Street, Denver, Colorado, regarding the supervised release for Defendant Ramirez.

DATED:  September 28, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge