IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No.  05-cr-00209-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL RAMIREZ,

    Defendant.

_____

**ORDER SETTING HEARING**
_____

    This matter is before the Court on receipt of a letter from Defendant Miguel Ramirez.  IT IS ORDERED that a hearing is set for **Friday, January 26, 2007 at 2:00 p.m.** in Courtroom A602 of the U.S. District Courthouse, 901 19th Street, Denver, Colorado, regarding this matter.  Defendant's counsel shall make arrangements between the facility where the defendant is in custody and the Automation Services Office of the U.S. District Court in Denver (303-335-2020) for Defendant Ramirez to appear by telephone or video conferencing.

    IT IS FURTHER ORDERED that the Clerk of the Court is DIRECTED to deliver a copy of Defendant Ramirez's letter to Federal Public Defender Susan L. Fisch and Assistant United States Attorney Judith A. Smith via inter-office mail.

    DATED:  January 19, 2007

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge