IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No.  05-cr-00209-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL RAMIREZ,

    Defendant.

## ORDER RESETTING HEARING

Pursuant to a telephone conference between all counsel and Chambers staff on January 22, 2007, it is ORDERED that the hearing set for January 26, 2007 at 2:00 p.m. is RESET to **Thursday, January 25, 2007 at 11:00 a.m.**

    DATED:  January 22, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge